

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANGELO FERGUSON,<br>    *Plaintiff,*<br>vs.<br>CCDC , *et al.*<br>    *Defendants.* | 2:12-cv-01894-RCJ-VCF<br><br>ORDER |

Plaintiff has filed a civil rights complaint. Neither a filing fee nor an application to proceed *in forma pauperis* was received with the complaint. It does not appear from the allegations and documents presented that a promptly filed new action would be time-barred under the applicable two-year statute of limitations.

IT THEREFORE IS ORDERED that this action shall be DISMISSED without prejudice to the filing of a new properly commenced action under a new docket number with either the required filing fee or a properly completed application to proceed *in forma pauperis.*

The Clerk shall send plaintiff two copies each of a pauper form for prisoner and a blank Section 1983 complaint form, along with the instructions for each form and a copy of the papers that he submitted.

The Clerk shall enter final judgment accordingly, dismissing this action without prejudice..

DATED: November 21, 2012

ROBERT C. JONES
Chief United States District Judge